## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BOBBY LEE POSEY**                                              **PETITIONER**
ADC #113508

**v.**                           **CASE NO. 4:25-CV-01040-BSM**

**DEXTER PAYNE**                                              **RESPONDENT**

### ORDER

After a *de novo* review of the record, Magistrate Judge Edie R. Ervin's recommended

disposition [Doc. No. 6] is adopted.  Bobby Posey's petition for a writ of habeas corpus

[Doc. No. 1] is dismissed with prejudice.  A certificate of appealability shall not issue.

IT IS SO ORDERED this 20th day of February, 2026.


                                         UNITED STATES DISTRICT JUDGE