**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BOBBY LEE POSEY**                                                      **PETITIONER**
ADC #113508

**v.**                            **CASE NO. 4:25-CV-01040-BSM**

**DEXTER PAYNE**                                                        **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE